DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MMMG, LLC and MOBILE MIKE PROMOTIONS, INC.,**
Appellants,

v.

**TONY SANCHEZ, JR., STEVEN OSCEOLA and CHRIS OSCEOLA,**
Appellees.

Nos. 4D19-3610 and 4D20-0729

[April 1, 2021]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case Nos. CACE 14-419 (14) and CACE 16-018117 (14).

Jeffrey B. Shalek and Gary S. Phillips of Phillips, Cantor & Shalek, P.A., Hollywood, for appellants.

Peter W. Homer and Howard S. Goldfarb of Homer Bonner Jacobs Ortiz, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***